UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN CURTIS RICE,

              Plaintiff,

- against -

EARL G. GRAVES, LTD., d/b/a BLACK ENTERPRISE,

              Defendant.

24-cv-3914 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Pursuant to the Court's August 21, 2024 Order (ECF No. 12), the time for the defendant to answer was September 20, 2024. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **October 4, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **October 1, 2024**.

SO ORDERED.

Dated:    New York, New York
            September 24, 2024

                              /s/ John G. Koeltl
                              John G. Koeltl
                       United States District Judge